# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

March 31, 2026

Adam David Franks
MITCHELL & WILLIAMS
Suite 1800
425 W. Capitol Avenue
Little Rock, AR  72201

    RE:  24-2810  Get Loud Arkansas, et al v. Cole Jester, et al

Dear Counsel:

    The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

    Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

        Susan E. Bindler
        Clerk of Court

NDG

Enclosure(s)

cc:    Omeed Alerasool
     Clerk, U.S. District Court, Western Arkansas
    Gilbert C. Dickey
    Christopher D. Dodge
    Sarah Gold
    David N. Goldman
    Uzoma Nkem Nkwonta
    Amanda Gale Orcutt
    Peter Shults
    Steven Shults
    Graham C. Talley

Conor D. Woodfin
Julie A. Zuckerbrod

District Court/Agency Case Number(s): 5:24-cv-05121-TLB