# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No. 24-2810

_____

Get Loud Arkansas; Vote.org; Nikki Pastor; Trinity Blake Loper

Plaintiffs - Appellees

v.

Cole Jester, in his official capacity as Secretary of State; Sharon Brooks, in her official capacity as Commissioner of the Arkansas State Board of Election Commissioners; Jamie Clemmer, in official capacity as Commissioner of the Arkansas State Board of Election Commissioners; Bilenda Harris-Ritter, in her official capacity as Commissioner of the Arkansas State Board of Election Commissioners; William Luther, in his official capacity as Commissioner of the Arkansas State Board of Election Commissioners; James H. Smith, III, in his official capacity as Commissioner of the Arkansas State Board of Election Commissioners; Jonathan Wlliams, in his official capacity as Commissioner of the Arkansas State Board of Election Commissioners

Defendants - Appellants

Betsy Harrell, in her official capacity as Benton County Clerk; Becky Lewallen, in her official capacity as Washington County Clerk; Terri Hollingsworth, in her official capacity as Pulaski County Clerk

Defendants

------------------------------

Center for Election Confidence, Inc.; Honest Elections Project; Restoring Integrity and Trust in Elections, Inc.

Amici on Behalf of Appellant(s)

United States

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:24-cv-05121-TLB)

_____

# JUDGMENT

Before COLLOTON, Chief Judge, ERICKSON, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the order of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 31, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler