# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 24-2810

Get Loud Arkansas, et al.

Appellees

v.

Cole Jester, in his official capacity as Secretary of State, et al.

Appellants

Betsy Harrell, in her official capacity as Benton County Clerk, et al.

------------------------------

Center for Election Confidence, Inc., et al.

Amici on Behalf of Appellant(s)

United States

Amicus on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:24-cv-05121-TLB)

---

## ORDER

The petition for rehearing en banc is denied. The petition for panel rehearing is also denied.

Judge Loken, Judge Shepherd, Judge Grasz, Judge Stras, and Judge Kobes would grant the petition for rehearing en banc.  Judge Stras would grant the petition for panel rehearing.

May 22, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler